**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

In re:                                                )
                                                         )
                                                         )        Case No. 20-10330-KHK
**HECTOR RIVERA**,                          )        Chapter 13
                                                         )
                    Debtor.                       )

## MOTION TO DISMISS CHAPTER 13 CASE

Debtor, Hector Rivera, by his undersigned attorney, moves to dismiss his above-captioned Chapter 13 case, and states the following as reasons:

1. That Debtor believes he no longer needs the protections of the Bankruptcy Code.

2. That this case has not been converted under 11 U.S.C. 706, 1112, or 1208, and pursuant to 11 U.S.C. 1307 (b), debtor elects to dismiss his above-captioned Chapter 13 case.

WHEREFORE, Hector Rivera requests that this court enter an order dismissing his Chapter 13 case.

Dated:  May 29, 2020                    Respectfully submitted,

                                                  /s/ *Justin P. Fasano*
                                                  McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
                                                  Justin P. Fasano, Esquire (VSB # 75983)
                                                  6411 Ivy Lane, Suite 200
                                                  Greenbelt, MD 20770
                                                  Phone: 301-441-2420
                                                  jfasano@mhlawyers.com
                                                  *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that May 29, 2020, I caused a copy of the foregoing to be served by

CM/ECF on all parties receiving notice thereby, and by first class mail, postage prepaid, to:

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314

U.S. Trustee
John P. Fitzgerald, III
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/  Justin P. Fasano
Justin P. Fasano

2